1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DARREL LEE SMITH,

11             Petitioner,                    No. CIV S-05-0961 MCE DAD P

12        vs.

13   SCOTT KERNAN,

14             Respondent.                    ORDER

15   _____/

16             Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

18             At the present time, petitioner is confined in California State Prison-Sacramento,

19   which is located within the Eastern District of California.  Petitioner challenges a judgment of

20   conviction entered in the Contra Costa County Superior Court in March or April 2005.  Contra

21   Costa County is located within the Northern District of California.  Although this court and the

22   United States District Court in the district where petitioner was convicted have jurisdiction over

23   this action at the present time, witnesses and evidence necessary for the resolution of petitioner's

24   habeas petition are more readily available in Contra Costa County.  See 28 U.S.C. § 2241(d);

25   Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 499 n.15 (1973).

26   /////

                                              1

1           In the furtherance of justice, IT IS HEREBY ORDERED that this matter is

2    transferred to the United States District Court for the Northern District of California for all

3    further proceedings.

4    DATED: May 24, 2005.

5

6                                 DALE A. DROZD
                             UNITED STATES MAGISTRATE JUDGE

7    DAD:13:bb
    smit0961.108

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26